AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

United States Courts
Southern District of Texas
**FILED**

*February 14, 2023*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Dreion Stevelle MOORE<br><br>*Defendant(s)* | Case No. **4:23-mj-294** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 26, 2022__ in the county of __Grimes__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. 922(g) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ATF SA Tommy Doyle
*Printed name and title*

Sworn to before me telephonically.

Date: February 14, 2023

_____
*Judge's signature*

United States Magistrate Dena Hanovice Palermo
*Printed name and title*

City and state: Houston, Texas

**ATTACHMENT A**

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Tommy Doyle, being duly sworn, depose and state that:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco Firearms and Explosives (ATF), Department of Justice, and have been so employed since March 2005. During the course of my employment with ATF, I have investigated numerous violations of federal laws to include violations of Title 18 Section 924(c), Section 924(o) and Title 21 Section 846. Prior to my employment with the Bureau of Alcohol, Tobacco, Firearms and Explosives, I was an Officer in the United States Air Force where I spent approximately five years as a Nuclear Missile Launch Officer, five years as a Satellite Operations Officer and two years as a Security Police Officer.

2. I am a graduate of the Federal Law Enforcement Training Center (FLETC) Criminal Investigator Training Program (CITP) and ATF National Academy Special Agent Basic Training (SABT) program. I have received training in the enforcement of the various criminal statutes enacted in the Gun Control Act of 1968 (GCA) and in the National Firearms Act of 1934 (NFA). I have also received training in various other federal criminal statutes such as the statues that regulate the possession of firearms and machineguns.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on the facts as set forth in this affidavit, there is probable cause to believe that on or about September 26, 2022, Dreion Stevelle MOORE, having been convicted of a crime punishable by imprisonment for a term exceeding one year, possessed a firearm which was manufactured and sold in interstate commerce, in violation of 18 U.S.C. Section 922(g).

**PROBABLE CAUSE**

5. I reviewed Navasota Police Department (NPD) Report for Case No. 22-00530 containing supplements contributed by various NPD Officers and Investigators, all certified peace officers reputably employed by NPD.

6. At approximately 1740 hours on September 6, 2022, Navasota Police Interim Chief Mike Mize, was contacted by Grimes County Constable Wes Male in reference to information that he received. Constable Male stated he was called and told that Dreion MOORE (B/M, 5/5/94) was driving a white colored Kia car in the Laredo Heights complex and was displaying a firearm, stating "don't come to the west side". The caller advised that Dreion MOORE had bleached hair. Chief Mize informed Navasota Police Officers Mark Butler and Ethan Tyler of this information due to Dreion MOORE being a suspect in other shootings and a felon.

7. At approximately 1750 hours, Constable Male called back and advised the caller stated Dreion MOORE was in the area of Webb Elementary, Neal Street and Hillside Street. Navasota Police responded to that area Officer Tyler located the white colored Kia and initiated a traffic stop. A short time later, Officer Tyler stated that the Kia was not stopping and he called a vehicle pursuit. The Kia crashed into two parked cars on West Virginia Street. At this time, Officers stated three male occupants were evading on foot into Magnolia Plaza complex. Chief Mize observed two males running northbound, turning towards Ella Street. Chief Mize saw Dreion MOORE in the lead and another male a short distance behind him, which was later identified to me as Quantavius Moore. Chief Mize was able to maneuver his patrol unit to slow down Dreion MOORE and Quantavius Moore. Quantavius Moore stopped in the ditch near the intersection of Ella Street and Doris Street.

8. Chief Mize observed Dreion MOORE run across the street and to the north side of 404 Ella Street. Corporal Michael Stover observed Dreion MOORE run to the rear door of 404 Ella Street and enter the residence and was inside. During the foot pursuit Dreion MOORE was observed on

Sentri Force Security cameras what appears to be an olive green firearm in his right hand. At the time Dreion MOORE was wearing a black long Sleeve Shirt and orange shorts on.

9. Navasota Police Officers surrounded 404 Ella Street. During this time a large crowd was gathering around patrol units and I saw persons attempting to open the patrol unit doors to release the persons in custody. Navasota Police requested assistance Grimes County Sheriffs, Brazos County Sheriffs and Texas DPS to assist with crowd control.

10. Navasota Police Investigator Travis Mullins knocked and called out the residence at 404 Ella Street.  Dreion MOORE and Ladarien Walker exited the residence. Both were detained and placed in patrol units.

11. Navasota Police conducted a safety sweep, after the house was cleared, Navasota Police obtained a search warrant for 404 Ella Street from 12th District, District Court Judge David Moormon.

12. Upon searching 404 Ella Street Navasota Police located five (5) firearms in the residence, to include an olive green Stoeger, model str9c, 9mm semiautomatic firearm bearing serial number T642922S00882 under a cushion in the chair of a chair immediately inside the rear door.  In addition to the Stoeger Firearm located in the chair there was an AR-15 style rifle and an AK style rifle recovered from the same chair.  A shotgun was located on a sofa in the living room. A Glock Pistol was located in a backpack in a bedroom.

13. Ladarien Walker was interviewed and advised that he owns a Glock and an AR-15 Style rifle. Walker also advised where the Glock was and that he is unaware of any other firearms in the residence.  Walker also stated that he loans firearms out to individuals.

14. On September 6, 2022, Navasota Police arrested Dreion MOORE for felon in possession of a firearm.

15. I reviewed a copy of MOORE's Computerized Criminal History from NCIC which documents that he was convicted on November 9, 2015 in the 85th District Court in Bryan, Texas, of Robbery, a 2nd degree felony.  MOORE was also convicted on the same date in the same court of Assault on a Public Servant, a 3rd degree felony.

16. I spoke with ATF Special Agent Deon Washington who is certified in the identification and examination of firearms. Special Agent Washington stated to me that following his examination of the firearm he determined that the Stoeger model STR-9c 9mm pistol with serial number T642922S00882 was not manufactured in the State of Texas, thereby affecting interstate commerce.

17. Based on the information detailed above, I believe probable cause exists for the issuance of a Criminal Complaint charging Dreion Stevelle MOORE with a violation of 18 U.S.C. Section 922(g) – unlawful possession of a firearm in or affecting interstate commerce by a person who has been convicted of a crime punishable by imprisonment for a term exceeding one year.

_____
Tommy Doyle
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed telephonically on this  14th  day of February 2023, and I find probable cause.

_____
Dena Hanovice Palermo
United States Magistrate Judge